To: Judge Haynes, Jr. / Clerk

From: Vincent E. Zirker

#16663-075                    2-3-11

United States Penitentiary

Lompoc, CA 93436

RECEIVED
FEB - 7 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

3:09cv403

Hope this letter finds you in great spirits!!!!!!!

*[handwritten annotation: ORDER The Clerk shall enter this order in each action. The Clerk shall provide the copies of the Docket Sheet requested. Petitioner's counsel in his § 2255 shall file a report on the disposition of case No 3:09-403 within 30 days of this order. W/S/W 3-11-11 3:07cv378]*

(1).    Sir, I am writing concerning the attorney appointed Ms. Deanna B. Johnson. I was suppose to be filing an reply to the governments response. To this date I haven't been able to contact her by phone or by letter, especially being out here in California where there is a two hour difference. Sir, the only thing I am asking is to have a full fledge oppotunity to have part in litigating my 4th Amendment claim an other issue's presented to you in my § 2255. Sir, I would like to have an oppotunity to meet with Ms. Johnson in order to explain my issue's. I still have other proceeding after this.

(2). I requested an Certificate Of appealability concerning my Civil Action on the question, How can the court find the police officer's more creditable than me, when I was aquitted at federal trial by the jury? Sir, this question has a broad interpretation and that the law in criminal cases doesn't allow the court to overturn an jury verdict found by an jury unless it is clearly erroneous. Sir I have yet to receive an response, could I please have a copy of my dockket sheets Civil Action 3:07-0378 an a copy of the last two pages of my criminal docket of the filing of my § 2255.

                                    Always Respectable to you in your
                                    Court Room.

                                    V.E. Zirker
                                    2-3-11

(45)