UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VINCENT E. ZIRKER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-00403 |
| | ) | Judge Trauger |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, the court finds that the movant's claims are without merit. The Motion To Amend Motion To Vacate, Set Aside, Or Correct Sentence (Docket Entry No. 73) is **DENIED**. This action, therefore, is hereby **DISMISSED WITH PREJUDICE**.

A certificate of appealability will not issue as to any of the claims set forth in the movant's motions. Rule 11(a), Rules Gov'g § 2255 Motions.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge